CLERK'S OFFICE U.S. DIST. COL
AT ROANOKE, VA
FILED

NOV 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LEON POLK and MALCOLM COOK, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:16CV00017 ) |
| v. | ) **ORDER** ) |
| ANDREW HOLMES, JOHN DOES 1-3, and ALBEMARLE COUNTY, | ) By: Hon. Glen E. Conrad ) Chief United States District Judge ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motion to dismiss filed by Andrew Holmes is **GRANTED IN PART AND DENIED IN PART**, and the plaintiffs' claims under the Fourth Amendment are **DISMISSED WITHOUT PREJUDICE**; and

2. The motion to dismiss made in open court by Albemarle County is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 3rd day of November, 2016.

/s/ Glen E. Conrad
Chief United States District Judge