CLERK'S OFFICE U.S. DIST. COUR
AT ROANOKE, VA
FILED

JAN 22 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

LEON POLK, *et al.*,                    )
      Plaintiffs,                      )
                             )
                             ) Civil Action No. 3:16-cv-00017
v.                                      )
                             ) **ORDER**
ANDREW HOLMES, *et al.*,                )
      Defendants.                      ) By:  Hon. Glen E. Conrad
                             )      Senior United States District Judge

Finding good cause, it is now, it is now

O R D E R E D

that this matter be TRANSFERRED to the docket of the Honorable Norman K. Moon,

Senior United States District Judge, for all further action.   The Clerk is directed to

certify copies of this Order to all parties.

     ENTER: This 22d day of January, 2018.

_____
Senior United States District Judge